Certificate Number: 05781-GAN-DE-041226659

Bankruptcy Case Number: 26-58424



05781-GAN-DE-041226659

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 12:57 o'clock PM PDT, Veronica Juarez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   July 20, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President